No. 02–10506. WILLIAMS *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–10510. KING *v.* KELCHNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MUNCY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–10515. HILL *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 02–10518. HACKNEY *v.* TURNER, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No. 02–10537. BITTICK *v.* MOONEY ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–10544. SHARWELL *v.* SHARWELL ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–10567. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10629. CARROLL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–10645. ARREOLA RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10655. BARTLETT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10657. ALLEN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 02–10675. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10679. WALTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10683. WISE *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.